UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 19-20029-705 |
| JEREMY DUANE MAST ) | Chapter 13 |
| KARIE VIRGINIA MAST ) | |
| ) | Re: Objection to Claim 2 filed by |
| ) | REGIONAL MISSOURI BANK |
| ) | Acct: X5697 |
| ) | |
| Debtors ) | 6 OBJ: 03/29/2019 |
| ) | |

### CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--AC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

### ORDER

Upon Trustee's objection to claim number 2 filed by REGIONAL MISSOURI BANK, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is allowed but ordered not paid by the Trustee. An amended claim may be filed for the deficiency balance.

**DATED: May 6, 2019**
**St. Louis, Missouri**

**CHARLES E. RENDLEN, III**
**U.S. Bankruptcy Judge**

Copy mailed to:

JEREMY DUANE MAST
KARIE VIRGINIA MAST
212 E CURTIS STREET
MARCELINE, MO  64658

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

HARRY D BOUL & ASSOC
1 E BROADWAY
STE B
COLUMBIA, MO  65203

REGIONAL MISSOURI BANK
1201 S MISSOURI
MARCELINE, MO  64658

REGIONAL MISSOURI BANK
1201 S MISSOURI AVE
C/O PATRICK J KUSSMAN PRES/CEO
MARCELINE, MO  64658