UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 19-20029-705 |
| | ) | |
| **JEREMY DUANE MAST** | ) | Chapter 13 |
| **KARIE VIRGINIA MAST** | ) | |
| | ) | |
| **Debtors** | ) | |

**TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO
REINSTATE CASE AND SET ASIDE DISMISSAL**

Comes now Diana S. Daugherty, Chapter 13 Trustee, and for her objection to the Motion to Reinstate Case and Set Aside the Dismissal Order dated November 15, 2019, states as follows:

The Trustee objects to the Motion for the following reason:

Case was dismissed for failure to file a confirmable plan.

Dated: November 22, 2019                          /s/ Diana S. Daugherty, Chapter 13 Trustee
O_R_REINSTATE_--KLW
                                                  Diana S. Daugherty, Chapter 13 Trustee
                                                  P.O. Box 430908
                                                  St. Louis, MO  63143
                                                  (314) 781-8100  Fax: (314) 781-8881
                                                  trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on November 22, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on November 22, 2019.

JEREMY DUANE MAST
KARIE VIRGINIA MAST
212 E CURTIS STREET
MARCELINE, MO  64658

                                                  /s/ Diana S. Daugherty, Chapter 13 Trustee
                                                  Diana S. Daugherty, Chapter 13 Trustee